ELIZA JANE GUION, *Appellant, v.* ISAAC CLARK. *Respondent.*— Judgment affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

FREDERICK DIEDRICK, *Respondent, v.* JOHN KEAN and EDWARD G. BROWN, *Appellants.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.

JOHN REID, *Appellant, v.* HUGH McKRUMM, *Respondent, Impleaded, etc.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

IVAN W. VON SZALDINOFF, *Appellant, v.* FREDERICK C. HAVEMEYER and others, *Respondents.*— Order dismissing complaint and judgment affirmed, with costs. Opinion by GILBERT, J.

IN THE MATTER OF DANIEL D. CHAMBERLAIN, *a Supposed Lunatic.*— Inquisition, order affirming same and order directing commission affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

IN THE MATTER OF THE BROOKLYN RAPID TRANSIT COMPANY.— Motion to confirm report of commissioners denied as unnecessary and improper, when the report is adverse to the application. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

IN THE MATTER OF THE APPLICATION OF FRANCIS SWIFT. — Order denying writ of *certiorari* affirmed, with costs and disbursements. Opinion by GILBERT, J.; DYKMAN; J., not sitting.

EDWARD CLARK, *Appellant, v.* SYLVESTER L. WOODHOUSE, *Respondent.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

OWEN TAFFANY, *Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Respondent.*— Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

THE COMMERCIAL BANK, *Respondent, v.* JOSEPHINE TRAU and others, *Appellants.*— Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, ETC.— Order to appraise lands of Elizabeth W. Christie and others, affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

IN THE MATTER OF THE JUDICIAL SETTLEMENT OF THE ACCOUNTS OF PETER M. BAUM, *Executor, etc.*— Decree affirmed, with costs. Opinion by DYKMAN, J.

MICHAEL CUNNINGHAM, *Respondent, v.* JOHN REED, *Appellant.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.